# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

MEDIDATA SOLUTIONS, INC., et al.

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

VEEVA SYSTEMS INC.

(List the full name(s) of the defendant(s)/respondent(s).)

__17__ CV __589__ ( LGS )(    )

AMENDED
**NOTICE OF APPEAL**

Notice is hereby given that the following parties:   Veeva Systems Inc.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the    ☐ judgment   ☒ order   entered on:   February 27, 2018

(date that judgment or order was entered on docket)

that:     Defendant Veeva appeals from an order denying defendant's renewed motion to compel

arbitration and stay the case (SDNY Dkt. 97)

(If the appeal is from an order, provide a brief description above of the decision in the order.)

March 29, 2018

Dated

Signature*

Anderson, Christa M., Keker, Van Nest & Peters LLP

Name (Last, First, MI)

633 Battery Street        San Francisco    CA            94111

Address                   City             State         Zip Code

415-391-5400                      canderson@keker.com

Telephone Number                 E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13