USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

MEDIDATA SOLUTIONS, INC.,

                Plaintiff,

- against -

VEEVA SYSTEMS INC., et al.

                Defendants.

---------------------------------------------------------------X

17-cv-00589 (LGS) (RWL)

**AMENDED ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This Order amends this Court's March 11, 2020 Order (Dkt. 283) and resolves the letter motions at Dkt. 275 and 279, addressing Medidata's requests to exclude certain opinions of expert Andrew Crain, and to compel production of deposition transcripts of Veeva witnesses and materials pertaining to a motion for spoliation sanctions from the separate IQVIA trade secret litigation against Veeva. Dkt. 275 and 279.

1.    Medidata's letter motion to exclude opinions of expert Andrew Crain pertaining to the File Lists is DENIED. The parties shall (1) meet and confer to discuss a schedule for Medidata's expert Julian Ackert to supplement or amend his expert report based on the File Lists, and whether there is any resulting need for extending completion of expert discovery (including expert depositions); and (2) if so, apply to the Court for said extension by March 18, 2020.

2.    Medidata's request to compel production of Veeva witness transcripts from the IQVIA litigation is DENIED given the dissimilarity in subject matter and nature of the claims. That both actions involve trade secret claims is not sufficient and does not make production of the materials proportional to this litigation.

1

3. Medidata's request for production of the IQVIA spoliation briefing materials is DENIED for similar reasons.

Dated: March 19, 2020
      New York, New York

SO ORDERED

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Copies transmitted to all counsel of record.