```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
MEDIDATA SOLUTION, INC.,                                     :
                              Plaintiff,                     :
                                                             :   17 Civ. 589 (LGS) (RWL)
               -against-                                     :
                                                             :            ORDER
VEEVA SYTEMS, INC., et al.,                                  :
                              Defendants.                    :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on April 2, 2020, Plaintiff and Defendants sought leave to file materials in redacted form. The Court has reviewed the proposed redactions;

WHEREAS, Plaintiff and Defendants have timely filed pre-conference letters in anticipation of filing motions for summary judgment. It is hereby

**ORDERED** that both parties' proposed redactions are accepted. Although "[t]he common law right of public access to judicial documents is firmly rooted in our nation's history," this right is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006) (internal quotation marks omitted). The proposed redactions are necessary to prevent what is covered under the parties' confidentiality agreement and alleged to be sensitive commercial information. It is further

**ORDERED** that, the parties' requests for a pre-motion conference regarding their proposed summary judgment motions is denied. It is further

**ORDERED** that Plaintiff shall file its motion for summary judgment, not to exceed thirty (30) pages, by **April 24, 2020**. Defendants shall file their opposition and cross-motion for summary judgment, not to exceed forty (40) pages, by **May 15, 2020**. Plaintiff shall file its reply and opposition to Defendants cross-motion for summary judgment, not to exceed thirty (30)

pages, by **June 5, 2020**.  Defendant shall file its reply in support of its cross-motion, not to exceed twenty (20) pages, by **June 17, 2020**.  Notwithstanding the aforementioned page allocation, the parties may reallocate the page numbers as they deem appropriate, so long as neither party exceeds sixty (60) pages of briefing in total.  The parties should note that these dates will not be adjourned absent extraordinary circumstances to ensure efficient chambers staffing on the motion.  It is further

**ORDERED** that the submissions shall otherwise comply with the Court's Individual and Emergency Rules.

Dated: April 3, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**