# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIDATA SOLUTIONS, INC., and MDSOL EUROPE LIMITED,<br><br>       Plaintiffs,<br><br>  v.<br><br>VEEVA SYSTEMS INC.,<br><br>       Defendant. | Civil Action No. 1:17-cv-00589-LGS<br><br>Hon. Lorna G. Schofield<br><br>**STIPULATION AND ORDER RE WITHDRAWAL OF AFFIRMATIVE DEFENSE** |

IT IS HEREBY STIPULATED by and between the Parties hereto through their respective attorneys of record that Defendant withdraws its Fifth Affirmative Defense of Unclean Hands (Dkt. No. 178) with prejudice.

Each Party shall bear its own fees and costs associated with this affirmative defense.

KEKER, VAN NEST & PETERS LLP

Dated:  April 23, 2020

SO ORDERED

Dated: April 24, 2020
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

By:  */s/ Khari J. Tillery*
KHARI J. TILLERY (*pro hac vice*)
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel: 415.391.5400
Fax:  415.397.7188
ktillery@keker.com

*Attorneys for Defendant*
*VEEVA SYSTEMS INC.*

KIRKLAND & ELLIS LLP

Dated:  April 23, 2020

By:  */s/ Claudia E. Ray*
CLAUDIA E. RAY
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY  10022
Tel:  212.446.4800
Fax: 212.446.4900
claudia.ray@kirkland.com

*Attorneys for Plaintiffs*
*MEDIDATA SOLUTIONS, INC., and*
*MDSOL EUROPE LIMITED*

1

2

Case 1:17-cv-00589-LGS-RWL   Document 309   Filed 04/24/20   Page 3 of 3

2