

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Khari J. Tillery**
(415) 773-6621
ktillery@keker.com

June 17, 2020

APPLICATION GRANTED.  Defendant may file the listed submissions in redacted form.  Defendant shall ensure that Plaintiffs can access unredacted versions of these submissions on the docket.

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Dated: June 18, 2020
         New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:   *Medidata Solutions, Inc., et al. v. Veeva Systems, Inc.*, Case No. 1:17-cv-00589

Dear Judge Schofield:

Pursuant to Your Honor's Individual Rule I.D.3, Defendant Veeva Systems, Inc. ("Veeva") moves for leave of Court to file a redacted version of Veeva's Reply In Support of its Motion for Summary Judgment, and to file under seal certain related supporting documents.  *All* of the material sought to be redacted or filed under seal consists of or relates to information that Plaintiffs Medidata Solutions, Inc.'s and MDSOL Europe Limited's (collectively, "Medidata") have designated "Highly Confidential" under the terms of the Protective Order in this case.  ECF 119.  Veeva does not seek confidential treatment for this material.

Due to the breadth of Medidata's confidentiality designations, Veeva is not always able to determine the exact boundaries of what Medidata believes requires confidential treatment.  Veeva has thus erred on the side of over-inclusiveness.

Because Medidata is the only "party with an interest in confidential treatment" of this information, Medidata bears the burden of persuasion to seal it.  Individual Rule I.D.3.  Veeva does not concede that any of this information is in fact confidential or sealable.

Specifically, Veeva requests leave to file in redacted form or under seal the following materials:

- Defendant Veeva Systems, Inc.'s Reply In Support of its Motion for Summary Judgment (redacted)

- Defendant Veeva Systems, Inc.'s Reply Rule 56.1 Statement in Support of its Motion for Summary Judgment (under seal)

1385803

The Honorable Lorna G. Schofield
June 17, 2020
Page 2

- Declaration of Reid Mullen (under seal)
- Exhibits 1, 2, 3, 9, 10, & 12 to the Declaration of Reid Mullen (under seal)
- Pre-Motion Letter re Motion to Strike and accompanying exhibits (redacted)

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

*/s/ Khari J. Tillery*

Khari J. Tillery

KJT:jr

cc: All counsel of record

1385803

## Appendix of Appendix of Parties and Attorneys of Record in Accordance with Individual Rule I.D.3

| Medidata Solutions, Inc. and MDSOL Europe Limited | Veeva Systems, Inc. |
|---|---|
| Patrick Arnett | Christa Anderson |
| David Nelson Draper | Kevin Joseph Bruno |
| Jordan Mitchell Heinz | Elizabeth Egan |
| Joseph Allen Loy | Andrew T. Hambelton |
| Claudia Elizabeth Ray | Reid P. Mullen |
| Yosef J. Riemer | Divya Musinipally |
| Benjamin A. Yaghoubian | Jay Rapaport |
| | Benjamin David Rothstein |
| | Khari J. Tillery |
| | Molly Caldwell Villagra |

1385803