UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDIDATA SOLUTION, INC., et al.,                :
                              Plaintiffs,   :
                                             :
                -against-                           :       17 Civ. 589 (LGS)
                                             :
VEEVA SYSTEMS, INC.,                              :       ORDER
                              Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 17, 2020, the parties completed briefing their cross-motions for summary judgment. *See* ECF 357. It is hereby

      **ORDERED** that Plaintiffs shall, by July 16, 2020, send an email to the Chamber's Inbox that includes as an attachment a single text-searchable, bookmarked PDF that includes the following exhibits:

- MARLBOROUGH0000128, at '134-36
- MARLBOROUGH0000157, at '165, '167, '171
- MARLBOROUGH0000218
- MATEO0000247, at '250-57
- MED00058850, at '852
- MED0108021, at '36-37
- MED0171115, at '129-30
- MED0177848, at '63-64, '863-64
- MED0440810
- MED0444355, at '356-435
- MED0443676, at '687-744
- MED0446108, at '195-211
- MED0446342, at '49-50
- MED0452381, at '88-95
- MED0452532, at '39-47
- MED0452881, at '86-94
- MED0449834 at '834
- MED0449836 at '836
- MED0449838 at '839
- MED0449840 at '9842-43
- MED0449865 at '9868, '9870-71

- MED0488056, at '59-66
- RIZZO000685, at '744, '749
- RIZZO0001319, at '1338-40
- RIZZO0002231, at '233-35
- RIZZO0007215, at '7222-25, '7228, '7231
- RIZZO0005883, at '5918
- RIZZO0006386
- RIZZO0007634, at '7634-7703

Plaintiffs shall copy Defendant's on the email to Chambers.

Dated: July 15, 2020
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**