UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDIDATA SOLUTION, INC., et al.,            :
                               Plaintiffs,   :
                                               :
                -against-                          :        17 Civ. 589 (LGS)
                                             :
VEEVA SYSTEMS, INC.,                         :        ORDER
                               Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on June 17, 2020, the parties completed briefing their cross-motions for summary judgment. *See* ECF 357. It is hereby

      **ORDERED** that Plaintiffs shall, by July 17, 2020, send an email to the Chamber's Inbox that includes as an attachment a single text-searchable, PDF that includes the exhibits separately bookmarked, in Bates stamp order, identified on pages 35 to 63 in docket 314-2. Plaintiffs shall copy Defendants on the email to Chambers.

Dated: July 16, 2020
       New York, New York

                                                               **LORNA G. SCHOFIELD**
                                                        **UNITED STATES DISTRICT JUDGE**