UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MEDIDATA SOLUTIONS, INC. et al.,      :
                              Plaintiffs,   :
                                           :
               -against-      :   17 Civ. 589 (LGS)
                                           :
VEEVA SYSTEMS, INC.,      :   ORDER
                              Defendant.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Opinion and Order, dated March 2, 2021 (Dkt. No. 388), directed the parties to propose Mondays in the third quarter of 2021 for trial.  The parties represent that the only such date available to all counsel is September 20, 2021 (Dkt. No. 395).  Accordingly, it is hereby

       **ORDERED** that the jury trial in this action shall begin on **September 20, 2021, at 9:45 a.m.,** subject to the need for, and availability of, suitable courtrooms for jury trials during a pandemic.

Dated: March 16, 2021
       New York, New York

                                                **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**