UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIDATA SOLUTIONS, INC. and MDSOL EUROPE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VEEVA SYSTEMS INC.,<br><br>DEFENDANT. | Civil Action No. 1:17-cv-00589-LGS-RWL<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFFS MEDIDATA SOLUTIONS, INC. AND MDSOL EUROPE LIMITED'S MOTION IN LIMINE NO. 3 TO EXCLUDE TESTIMONY AND OPINIONS BY ANDREW CRAIN**

Plaintiffs Medidata Solutions, Inc. and MDSOL Europe Limited submit this Motion in Limine to Exclude Testimony and Opinions by Andrew Crain.

For the reasons set forth in the accompanying Memorandum of Law, filed concurrently herewith, the Court should preclude Defendant Veeva Systems Inc. from presenting testimony and opinions by Andrew Crain in rebuttal to Medidata's computer forensic expert.

| | |
|---|---|
| Dated: March 18, 2021 | */s/ Claudia Ray*<br>Claudia Ray<br>Yosef J. Riemer<br>Joseph A. Loy<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 446-4800<br>Fax: (212) 446-4900<br><br>Benjamin Yaghoubian<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Tel: (310) 552-4200<br>Fax: (310) 552-5900 |

Patrick Arnett
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 389-5100
Fax: (202) 389-5200

*Attorneys for Plaintiffs*
*Medidata Solutions, Inc. and*
*MDSOL Europe Limited*