```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   MEDIDATA SOLUTIONS, INC. et al.,              :
                            Plaintiffs,          :
                                                 :
             -against-                           :    17 Civ. 589 (LGS)
                                                 :
   VEEVA SYSTEMS, INC.,                          :    ORDER
                            Defendant.           :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs have requested leave to file a motion for sanctions against Defendant for alleged spoliation of evidence. It is hereby

**ORDERED** that by **April 6, 2021**, Plaintiffs shall file their motion per the Individual Rules. By **April 27, 2021**, Defendant shall file its opposition per the Individual Rules. No reply shall be filed.

Dated: March 19, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**