

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Khari J. Tillery**
(415) 773-6621
ktillery@keker.com

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Medidata Solutions, Inc., et al. v. Veeva Systems, Inc.*, Case No. 1:17-cv-00589

Dear Judge Schofield:

Pursuant to the Court's order of February 26, 2021, Defendants Veeva Systems, Inc. respectfully informs the Court that it does not believe Plaintiffs' February 25, 2021 letter requesting a briefing schedule requires confidential treatment. *See* Dkt. Nos. 382, 384.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Khari J. Tillery

KJT:jr

cc:  All counsel of record

Plaintiffs' pre-motion letter at Dkt. No. 382 shall be filed in unredacted form on the public docket. The Clerk of Court is respectfully directed to close the docket entries at Nos. 380 and 381.

SO ORDERED

Dated:  March 21, 2021
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1657149