UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIDATA SOLUTIONS, INC. and MDSOL EUROPE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VEEVA SYSTEMS INC.,<br><br>DEFENDANT. | Civil Action No. 1:17-cv-00589-LGS-RWL<br><br>**DEMAND FOR JURY TRIAL** |

**PLAINTIFFS MEDIDATA SOLUTIONS, INC. AND MDSOL EUROPE LIMITED'S MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 37(e)**

Plaintiffs Medidata Solutions, Inc. and MDSOL Europe Limited ("collectively, Medidata") respectfully submit this Motion for Sanctions pursuant to Rule 37(e) of the Federal Rules of Civil Procedure and this Court's inherent authority for Veeva's failure to preserve relevant evidence.

For the reasons set forth in the accompany Memorandum of Law and Declaration of Julian Ackert ("Ackert Decl."), filed concurrently herewith, this Court should grant Medidata's motion.

Dated: April 6, 2021

/s/ Claudia Ray
Claudia Ray
Yosef J. Riemer
Joseph A. Loy
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

Benjamin Yaghoubian
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Tel: (310) 552-4200
Fax: (310) 552-5900

Patrick Arnett
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
Tel: (202) 389-5100
Fax: (202) 389-5200

*Attorneys for Plaintiffs*
*Medidata Solutions, Inc. and*
*MDSOL Europe Limited*