```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
  MEDIDATA SOLUTIONS, INC. et al.,              :
                              Plaintiffs,       :
                                                :
                 -against-                      :    17 Civ. 589 (LGS)
                                                :
  VEEVA SYSTEMS, INC.,                          :    ORDER
                              Defendant.        :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Order, dated March 16, 2021 (Dkt. No. 398), scheduled the jury trial in this matter for September 20, 2021.

WHEREAS, due to the availability of courtrooms during the COVID-19 pandemic, that date is no longer available for a jury trial in this matter. It is hereby

**ORDERED** that the jury trial in this matter is **adjourned** to **December 6, 2021, at 9:45 a.m.** That date is the first available for this matter, which is in first place on the Court's trial calendar for that week. The final pre-trial conference will be scheduled closer to the trial date.

Dated: July 15, 2021
  New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**