```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
MEDIDATA SOLUTIONS, INC. et al.,                              :
                              Plaintiffs,                     :
                                                              :   17 Civ. 589 (LGS)
              -against-                                       :
                                                              :        ORDER
VEEVA SYSTEMS, INC.,                                          :
                              Defendant.                      :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, this Court's August 25, 2021, Opinion & Order (Dkt. No. 651) reopened expert discovery for the limited purpose of allowing (i) Plaintiffs to supplement the expert report of David Hall (the "Hall Report") in accordance with this Court's prior rulings (ii) and Defendant to obtain any supplemental responsive report.

WHEREAS, the parties were required to meet and confer and file a proposed plan regarding (i) submission of a revised Hall Report, (ii) any responsive report by Defendant, as well as discovery or motion practice in connection with the revised or supplemental reports and (iii) payment of Defendant's costs and fees.

WHEREAS, the parties submitted a joint letter on September 8, 2021, describing their disagreements about scheduling and remaining discovery.  It is hereby

**ORDERED** that any additional motions *in limine* must be limited to new information arising out of the updated expert reports that could not have been filed previously.  It is further

**ORDERED** that both parties shall produce the updated financial information described in their joint letter (Dkt. No. 653), in accordance with the revised schedule set forth below.

| Event | Schedule |
|---|---|
| Veeva to produce updated financials | September 14, 2021 |
| Medidata to produce updated financials | September 17, 2021 |
| Medidata to disclose updated Hall Report | September 24, 2021 |
| Veeva to disclose updated Ingberman Report | October 1, 2021 |
| Additional Motions *in Limine* | October 8, 2021 |
| Oppositions to Additional Motions *in Limine* | October 15, 2021 |
| Deposition of Mr. Hall | October 18 – 22, 2021 |
| Deposition of Dr. Ingberman | October 25 – 29, 2021 |

It is further

**ORDERED** that Plaintiffs shall produce Rick Piazza, Tobias Schaefer and Michael Wendell for depositions for the limited purpose of discussing any information they may provide Mr. Hall in connection with the updated Hall Report.  The parties shall meet and confer on any additional depositions following the disclosure of the updated expert reports, and promptly bring any disputes to this Court's attention.  It is further

**ORDERED** that Defendant's Motion *in Limine* No. 6 is **denied** as moot without prejudice to renewal following the depositions of Messrs. Piazza, Schaefer and Wendell.  The Clerk of Court is respectfully directed to close the motions at Docket Nos. 431 and 434.

Dated: September 13, 2021
    New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE