UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
MEDIDATA SOLUTIONS, INC., et al.,
                         Plaintiff,

-against-

VEEVA SYSTEMS INC.,
                         Defendant.
------------------------------------------------------------X

17 Civ. 589 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Court believes it would be fruitful for the parties to engage in renewed settlement discussions. It is hereby

    **ORDERED** that the parties shall file a joint letter by **September 27, 2021**, advising the Court whether the parties would like to be referred to a new mediator or magistrate judge, or hire a private mediator at their own expense.

Dated: September 20, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**