

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

*The application is GRANTED. The Clerk of Court is respectfully directed to strike both the entry and the PDF at Docket No. 690, and to close the motion at Docket No. 702.*

October 18, 2021

*Dated: October 19, 2021*
*New York, New York*

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

Re:  *Medidata Solutions, Inc., et al. v. Veeva Systems, Inc.*, Case No. 1:17-cv-00589

Dear Judge Schofield:

On October 15, Defendant Veeva Systems, Inc. ("Veeva") mistakenly filed an unredacted version of its Opposition to Plaintiff Medidata Solutions Inc.'s ("Medidata") motion *in limine* No. 16. *See* Dkt. No. 690. Veeva immediately filed a corrected, redacted version of its opposition. *See* Dkt. No. 693.

Per Section 21.7 of the ECF Rules & Instructions, Veeva has contacted the ECF Help Desk and requested that the erroneous filing, Dkt. 690, be placed under emergency seal. Veeva respectfully requests that the Court remove Dkt. 690 from the docket, or in the alternative, formally seal this docket entry.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Khari J. Tillery

KJT:jr
cc:  All counsel of record

1752934