UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDIDATA SOLUTONS, INC. et al.,
:
Plaintiffs,    :    17 Civ. 589 (LGS)
:
-against-    :    ORDER
:
VEEVA SYSTEMS INC,    :
Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury trial in this matter is scheduled to commence on December 6, 2021, subject to the availability of courtrooms during the COVID-19 pandemic.

WHEREAS, the parties filed a proposed pre-trial order on April 15, 2021 (Dkt. No. 612).

WHEREAS, the parties filed proposed requests to charge, voir dire and verdict form on June 1, 2021, and June 2, 2021 (Dkt. Nos. 642-647).

WHEREAS, Plaintiffs filed a pre-trial statement and motion to seal the accompanying exhibit list on November 5, 2021 (Dkt. Nos. 716-717).  It is hereby

**ORDERED** that a conference is scheduled on **November 17, 2021** at **12:30 p.m.** to discuss the likelihood of proceeding to trial in December in light of the availability of courtrooms.  The parties shall call the following conference line: 888-363-4749, access code: 558-3333.  It is further

**ORDERED** that the parties shall file an updated final pre-trial order by **November 16, 2021**.  The final pre-trial order shall comply with the Court's Individual Rules.  Per the Individual Rules, the parties shall indicate any objections to exhibits and deposition testimony and shall include proposed counter-designations and objections to counter-designations.  The

parties' deposition designations should include only depositions to be introduced in a party's affirmative case when a witness is not available to testify live, and need not designate deposition testimony to be used during cross-examination.  It is further

**ORDERED** that the parties shall email Chambers in Word format their proposed requests to charge, voir dire and verdict form by **November 16, 2021**.  It is further

**ORDERED** that Plaintiffs' motion to file the exhibit list under seal is **DENIED** as the list appears to include information that is not confidential.  Plaintiffs shall publicly file the list in redacted form with the revised pretrial order and shall file under seal the list without redactions indicating the persons who should have access.

The Clerk of Court is respectfully directed to close the motion at Docket No. 716.

Dated: November 8, 2021
      New York, New York

                                      LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE