

**Khari J. Tillery**
(415) 773-6621
ktillery@keker.com

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

By **November 16, 2021**, Plaintiffs shall file a response to this letter, identifying any document names in the exhibit list that require confidential treatment.

Dated: November 9, 2021
New York, New York

November 8, 2021

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Medidata Solutions, Inc., et al. v. Veeva Systems, Inc.*, Case No. 1:17-cv-00589
      Letter Motion to Seal

Dear Judge Schofield:

Pursuant to Section I.D.3 of Your Honor's Individual Rules and Procedures for Civil Cases, Defendant Veeva Systems, Inc. ("Veeva") respectfully submits this letter motion seeking permission to file under seal portions of Veeva's exhibit list.

Veeva does not have an interest in confidential treatment of any of the information in its exhibit list. Veeva makes this request solely because certain documents on Veeva's exhibit list, and the corresponding file names listed on the exhibit list, were produced by Medidata and designated as confidential under the applicable Protective Order.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

*[signature]*

Khari J. Tillery

KJT:jr
cc:  All counsel of record

1766863

The Honorable Lorna G. Schofield
November 8, 2021
Page 2

## Appendix of Parties and Attorneys of Record in Accordance with Individual Rule I.D.3

| Medidata Solutions, Inc. and MDSOL Europe Limited | Veeva Systems, Inc. |
|---|---|
| Patrick Arnett | Kevin Joseph Bruno |
| David Nelson Draper | Andrew T. Hambelton |
| Jordan Mitchell Heinz | Reid P. Mullen |
| Bonnie Leigh Jarrett | Benjamin David Rothstein |
| Joseph Allen Loy | Divya Musinipally |
| Claudia Elizabeth Ray | Khari J. Tillery |
| Yosef J. Riemer | |
| Benjamin A. Yaghoubian | |

1766863