UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MEDIDATA SOLUTONS, INC. et al.,
                              Plaintiffs,

                -against-

VEEVA SYSTEMS INC,
                              Defendant.
-------------------------------------------------------------X

17 Civ. 589 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties were directed to file an updated final pre-trial order by November 16, 2021.  It is hereby

      **ORDERED** that the deadline to file the updated final pre-trial order is **adjourned** *sine die*.

Dated: November 16, 2021
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**