UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
MEDIDATA SOLUTONS, INC. et al.,                             :
                                            Plaintiffs,     :     17 Civ. 589 (LGS)
                                                            :
                        -against-                           :     ORDER
                                                            :
VEEVA SYSTEMS INC,                                          :
                                            Defendant.      :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held on November 17, 2021. For the reasons discussed at the conference, it is hereby

**ORDERED** that by **December 1, 2021**, the parties shall submit a joint letter proposing (i) dates for the rescheduled trial and (ii) the date by which the parties shall submit revised proposed jury instructions.

Dated: November 17, 2021
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**