**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Claudia Ray
To Call Writer Directly:
+1 212 446 4948
claudia.ray@kirkland.com

Facsimile:
+1 212 446 4900

November 16, 2021

> Plaintiff's request for an extension to respond to Defendant's letter motion to seal is **GRANTED**. Plaintiff shall file a response to Defendant's letter motion no later than one week after the parties file an updated pretrial order. The Clerk of Court is respectfully directed to close the motion at Docket No. 728.
>
> Dated: November 18, 2021
> New York, New York
>
> _[signature]_
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

**By ECF**

Hon. Lorna G. Schofield
U. S. District Court,
Southern District of New York
40 Foley Square, New York, NY 10007

Re: *Medidata Solutions, Inc., et al. v. Veeva Sys. Inc.*, No. 1:17-cv-00589-LGS-RWL

Dear Judge Schofield:

Plaintiffs Medidata Solutions, Inc. and MDSOL Europe Limited (together, "Medidata") respectfully write pursuant to Rule I.B.2 of the Court's Individual Rules and Procedures for Civil Cases to request an extension of time to file a response to Defendant Veeva Systems, Inc.'s ("Veeva") letter motion seeking permission to file under seal portions of Veeva's exhibit list. *See* Dkt. 721. The original due date was November 16, 2021. Medidata has not previously requested that the Court extend this due date. Veeva advises that it does not oppose this request.

On November 9, 2021, the Court ordered Medidata to file a response to Veeva's letter, identifying any document names in Veeva's exhibit list that require confidential treatment. *See* Dkt. 724. Medidata respectfully submits that good cause exists to grant it an extension to file its response in light of the Court's recent Order adjourning *sine die* the deadline to file the updated pretrial order in this matter. *See* Dkt. 727.

With respect the Court's Order that Medidata publicly file its own exhibit list in redacted form with the updated pretrial order and file under seal the list without redactions, Dkt. 720 at 2, it is Medidata's understanding that this deadline was adjourned by the Court's Order from today, because the deadline to file the updated pretrial order was adjourned. Dkt. 727. Accordingly, Medidata respectfully requests that the Court grant it an extension of time to file its response to Veeva's letter until, and consistent with, such new deadline to file the updated pretrial order as the Court may set.

## KIRKLAND & ELLIS LLP

Hon. Lorna G. Schofield
November 16, 2021
Page 2

                                              Respectfully submitted,

                                              */s/ Claudia Ray*

                                              Claudia Ray

cc:       All Counsel of Record