

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Khari J. Tillery**
(415) 773-6621
ktillery@keker.com

January 13, 2022

<u>VIA ECF</u>

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Medidata Solutions, Inc., et al. v. Veeva Systems, Inc.*
      Case No. 1:17-cv-00589-LGS; Joint Request

Dear Judge Schofield:

Pursuant to the Court's December 3, 2021 Order (Dkt. 733), the Parties are to file an updated joint pretrial order by January 31, 2022.  Medidata's deadline to disclose any additional witness(es) is also January 31 (Dkt. 731), and the Parties anticipate supplemental discovery following this disclosure.  Therefore, in order to conserve judicial resources, the Parties **jointly request** to postpone submission of revised exhibit lists, deposition designations, and objections to the same until after completion of any supplemental discovery. Under this proposal, the Parties will submit all other required elements of the joint pretrial order under the Court's Individual Rule IV.B.2 on January 31, pursuant to the Court's December 3 Order.

Respectfully submitted,

*/s/ K Tilly*

Khari J. Tillery

KJT:dc

cc:  All counsel of record

The application for an extension is **GRANTED**.  By **February 14, 2022**, the parties shall file a joint letter describing any supplemental discovery they plan to undertake, including the expected date of completion.  The Clerk of Court is respectfully directed to close the motion at Docket No. 740.

Dated: January 14, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1812952