```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MEDIDATA SOLUTIONS, INC. et al.,          :
                          Plaintiffs,     :
                                          :
            -against-                     :       17 Civ. 589 (LGS)
                                          :
VEEVA SYSTEMS, INC.,                      :       OPINION & ORDER
                          Defendant.      :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

Medidata moves *in limine* to preclude evidence and argument relating to Veeva's change in status to a public benefit corporation ("Medidata MIL 10"). Veeva opposes. For the reasons set forth below, the motion is granted.

In February 2021, Veeva amended its documents of incorporation with the State of Delaware to become a public benefit corporation. Such corporations have a duty to consider interests other than stockholder finances when making decisions. Veeva's revised incorporation documents state that it "provide[s] products and services that are intended to help make the industries we serve more productive" and "create[s] high-quality employment opportunities in the communities in which we operate."

This is an action for trade secret misappropriation, involving alleged acts of misappropriation that took place years before Veeva's 2021 change in corporate status. That Veeva filed paperwork altering its stated mission earlier this year is irrelevant to the question the jury must resolve -- whether Veeva misappropriated Medidata's trade secrets. While Veeva correctly notes that the standard for relevance is low, it does not persuasively explain how the jury -- when deciding the misappropriation question before it in a case filed in 2017 -- would benefit from an expressed change in corporate priorities in 2021. To the contrary, such information risks distracting the jury from the primary issue in this case.

      Medidata MIL 10 is **granted**.  At trial, Veeva shall not introduce evidence of its change in status to a public benefit corporation.

      The Clerk of Court is respectfully directed to close the motion at Docket No. 483.

Dated:  February 24, 2022
       New York, New York

                                                                 **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**