UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
MEDIDATA SOLUTIONS, INC. et al.,             :
                              Plaintiffs,    :
                                             :
        -against-                            :    17 Civ. 589 (LGS)
                                             :
VEEVA SYSTEMS, INC.,                         :    OPINION & ORDER
                              Defendant.     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

Medidata moves *in limine* to preclude evidence and argument relating to a parallel case between the parties in California ("Medidata MIL 11").  Veeva opposes.  For the reasons set forth below, the motion is granted.

In July 2017, Veeva filed suit against Medidata and two other defendants in California state court, seeking a declaratory judgment that Medidata's agreements with several employees accused of trade secret misappropriation in this case are unlawful because they contain non-competition provisions that violate California law.  The complaint in that case also notes in passing that those employment agreements impose broad confidentiality obligations.  The lawsuit is ongoing.

Medidata originally brought counts for tortious interference, unfair competition, aiding and abetting breach of fiduciary duties and unjust enrichment.  The Court's summary judgment opinion held that those causes of action were preempted under California law, leaving only the trade secret misappropriation claims.  The parties do not dispute that the California action is not relevant to the claims of trade secret misappropriation.  Introducing evidence of that lawsuit also runs a high risk of jury confusion.  *See, e.g.*, *Sharkey v. J.P. Morgan Chase & Co.*, No. 10 Civ. 3824, 2017 WL 374735, at *4 (S.D.N.Y. Jan. 26, 2017) ("Any probative value would be far outweighed by the risk of confusion and prejudice by introducing settlements and consent orders

from other unrelated cases.").

Medidata MIL 11 is **granted**. At trial, the parties shall not introduce evidence or argument regarding the California litigation.

The Clerk of Court is respectfully directed to close the motion at Docket No. 486.

Dated: February 24, 2022
      New York, New York

                                              **LORNA G. SCHOFIELD**
                                          **UNITED STATES DISTRICT JUDGE**