UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Medidata Solutions, Inc., and MDSOL Europe Ltd., <br><br> Plaintiffs, <br><br> -v- <br><br> Veeva Systems, Inc. <br><br> Defendant. | 17-cv-0589 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On July 15, 2022, the Court granted defendant Veeva's motion for judgment as a matter of law. See Dkt. 826. Plaintiffs Medidata and MDSOL Europe Ltd. moved for reconsideration of this decision on July 29, 2022. See Dkt. 833.

A motion for reconsideration should only be granted to correct a clear error or where the moving party presents new facts or law that might cause the Court to alter its original decision. See Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr., 729 F.3d 99, 104 (2d Cir. 2013). Upon close scrutiny, plaintiffs do no more in their motion than re-raise issues that were previously considered at trial and rejected by the Court. Accordingly, plaintiffs' motion for reconsideration is hereby denied. The Clerk of Court is directed to enter final judgment.

SO ORDERED.

New York, NY
August 18, 2022

_____
JED S. RAKOFF, U.S.D.J.