**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Medidata Solutions, Inc., and MDSOL Europe Ltd.,

                        Plaintiffs,

      -against-                                          17 **CIVIL** 589 (JSR)

                                                                         **JUDGMENT**

Veeva Systems, Inc.,

                        Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated August 18, 2022, the Court granted defendant Veeva's motion for judgment as a matter of law on July 15, 2022. See Dkt. 826. Plaintiffs Medidata and MDSOL Europe Ltd. moved for reconsideration of this decision on July 29, 2022. See Dkt. 833. A motion for reconsideration should only be granted to correct a clear error or where the moving party presents new facts or law that might cause the Court to alter its original decision. See Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr., 729 F.3d 99, 104 (2d Cir. 2013). Upon close scrutiny, plaintiffs do no more in their motion than re-raise issues that were previously considered at trial and rejected by the Court. Accordingly, plaintiffs' motion for reconsideration is hereby denied. Final judgment is entered.

**Dated:**  New York, New York

       August 18, 2022

                                                                        **RUBY J. KRAJICK**
                                                                        _____
                                                                         **Clerk of Court**
                                           **BY:**     _K. Mango_
                                                                         _____
                                                                         **Deputy Clerk**