**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MEDIDATA SOLUTIONS, INC. and MDSOL EUROPE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>VEEVA SYSTEMS INC.,<br><br>Defendant. | Civil Action No. 1:17-cv-00589-JSR-RWL<br><br>**PLAINTIFFS MEDIDATA SOLUTIONS INC. AND MDSOL EUROPE LTD.'S NOTICE OF APPEAL** |

    Plaintiffs Medidata Solutions Inc. and MDSOL Europe Ltd. (together, "Medidata") respectfully appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on August 18, 2022 (Dkt. 841), and all judgments, decrees, decisions, rulings, and opinions that merged into and became part of that judgment, that shaped that judgment, that related to that judgment, and/or upon which the judgment is based. This includes, without limitation, the order granting Defendant Veeva Systems Inc.'s motion for judgment as a matter of law, entered on July 15, 2022 (Dkt. 826); the order denying Medidata's motion for reconsideration under Rule 59, entered on August 18, 2022 (Dkt. 840); and all other orders resolving post-trial motions in a manner in any way adverse to Medidata, as well as all rulings, orders, findings, conclusions, and decisions (interlocutory or final, oral or written) underlying such orders. *See* 28 U.S.C. §§ 1291, 1294(1); Fed. R. App. P. 3, 4(a).

    Concurrent with this notice, Plaintiffs have remitted payment of the filing fee ($5.00) and docketing fee ($500.00) as required by 28 U.S.C. § 1917, Federal Rule of Appellate Procedure 3(e), and the fee schedules of the Southern District of New York and the Second Circuit.

| | |
|---|---|
| Dated: September 16, 2022 | */s/ Joseph A. Loy*<br>Claudia Ray<br>Joseph A. Loy<br>Patricia A. Carson |

Christopher T. Ilardi
Eric Loverro
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

Jason Wilcox *(pro hac vice)*
Matt Owen
Patrick Arnett
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave NW
Washington, D.C. 20004
Tel: (202) 389-5100
Fax: (202) 389-5200

Martin L. Roth *(pro hac vice)*
KIRKLAND & ELLIS LLP
300 N. LaSalle Street
Chicago, Illinois 60654
Tel: (312) 379-6449
Fax: (312) 862-2200

Robert M. Loeb *(pro hac vice)*
ORRICK, HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, DC 20005
(202) 339-8475

*Attorneys for Plaintiffs*
*Medidata Solutions, Inc. and*
*MDSOL Europe Limited*